CRIMINAL COMPLAINT

# United States District Court

DISTRICT of ARIZONA

United States of America
v.
**Jose Hernandez-Hernandez**
YOB: 1996; Citizen of Guatemala

DOCKET NO.

MAGISTRATE'S CASE NO.
**20-05798MJ**

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 20, 2020, at or near Cowlic, in the District of Arizona, **Jose Hernandez-Hernandez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Phoenix, Arizona on June 8, 2018, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Jose Hernandez-Hernandez** is a citizen of Guatemala. On June 8, 2018, **Jose Hernandez-Hernandez** was lawfully denied admission, excluded, deported and removed from the United States through Phoenix, Arizona. On February 20, 2020, agents found **Jose Hernandez-Hernandez** in the United States at or near Cowlic, Arizona, without the proper immigration documents. **Jose Hernandez-Hernandez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

DETENTION REQUESTED
  Being duly sworn, I declare that the foregoing is
  true and correct to the best of my knowledge.
AC2/drh
AUTHORIZED AUSA /s/Ashley Culver

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1]

[1] See Federal rules of Criminal Procedure Rules 3 and 54

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE
Border Patrol Agent

DATE
February 21, 2020